NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

      v.                                                    Case No. 2:26-cr-19-2

Armando Paulino Estudillo

TAKE NOTICE that the above-entitled case has been scheduled at 11:00 a.m. on Tuesday, August 04, 2026 in Burlington, Vermont, before Honorable Christina Reiss, Chief District Judge, for a Change of Plea Hearing.

Location: Courtroom 510                         JEFFREY S. EATON, Clerk
                                                By: */s/ Lescha Wilder*
                                                Deputy Clerk
                                                7/24/2026

TO:

Joshua Banker, AUSA

Kevin M. Henry, Esq.

Johanna Masse, Court Reporter

Maria Jakobeit, Spanish Interpreter