UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 2:26-cr-19-2 |
| | ) | |
| ARMANDO PAULINO ESTUDILLO, | ) | |
| Defendant. | | |

### **MOTION TO SET EXPEDITED SENTENCING HEARING**

Defendant, Armando Paulino Estudillo, by and through undersigned counsel, respectfully requests that the Court set this matter for a sentencing hearing approximately sixty days from the anticipated change of plea on August 4, 2026.  The basis for this motion is as follows:

Mr. Estudillo is a citizen of Mexico. He does not have legal status in the United States, and he is subject to an immigration detainer.  Mr. Estudillo was arrested and detained on April 1, 2026, following his initial appearance in this Court.  He has agreed to plead guilty to one count of violating 8 U.S.C. § 1324(a)(1)(A)(v)(I).  As of the change of plea hearing, he will have been detained for just over four months.  It is estimated by undersigned counsel that his sentencing guideline range will be no more than six to twelve months.   It is respectfully submitted that Mr. Estudillo will have a compelling argument for a sentence of time served at a sentencing hearing approximately two months after his change of plea because he will have served approximately six months in detention.  Mr. Estudillo is aware that he will most likely be held by immigration and processed for deportation upon his release in this case.  His goal is to reunite with his family in Mexico as quickly as possible.

Undersigned counsel has conferred with the government and probation and neither object to a sentencing hearing that is sixty days from the change of plea hearing.

WHEREFORE, Mr. Estudillo respectfully requests that the Court grant this motion and schedule a sentencing hearing for sixty days from the change of plea hearing or as soon as possible thereafter.

Dated:   August 3, 2026                          PRIMMER PIPER EGGLESTON
                                                 & CRAMER PC

                                     By:    /s/ Kevin Henry
                                            Kevin M. Henry, Esq.
                                            30 Main Street, Suite 500
                                            P.O. Box 1489
                                            Burlington, VT 05402-1489
                                            (802) 864-0880
                                            khenry@primmer.com

                                            **Attorneys for Armando Paulino Estudillo**