NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

      v.                            Case No. 2:26-cr-19-2

Armando Paulino Estudillo

TAKE NOTICE that the above-entitled case has been scheduled at 11:00 a.m. on Monday, October 26, 2026 in Burlington, Vermont, before the Honorable Christina Reiss, Chief District Judge, for a Sentencing.

Location: Courtroom 510                               JEFFREY S. EATON, Clerk
                                                 By: */s/ Lescha M. Wilder*
                                               Deputy Clerk
                                             8/4/2026

TO:

Joshua Banker, AUSA

Kevin M. Henry, Esq.

Johanna Masse, Court Reporter

Maria Jakobeit, Spanish Interpreter