U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 OCT 14 A 11: 45

CLERK

BY DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 2:26-cr-19-2 |
| | ) | |
| ARMANDO PAULINO ESTUDILLO, Defendant. | ) | |

**ORDER**

Before the Court is Defendant Armando Paulino Estudillo's *Motion for Approval of Interpreter Services Fees*. For the reasons set forth in the motion, the Court finds that the services of Maria Jakobeit, Spanish Interpreter and Translator, are warranted.

Accordingly, the motion is GRANTED and it is FURTHER ORDERED that counsel be authorized to pay the services of Ms. Jakobeit for fees and expenses limited to the amount of $2,500.

Dated: October 14th, 2026

Hon. Christina Reiss
Chief United States District Judge
District of Vermont